UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| SALLY PENA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>    Defendant. | No. 1:25-CV-015-H |

## ORDER OF DISMISSAL

Before the Court is the parties' joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 21. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

In light of the joint stipulation of dismissal, the defendant's pending motion for summary judgment (Dkt. No. 16) and the plaintiff's motion for leave to file an amended complaint (Dkt. No. 18) are denied as moot.

So ordered on February 9, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE